IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF OHIO, KEVIN KNEDLER, and MICHAEL JOHNSTON<br><br>  Plaintiffs,<br><br>  v.<br><br>JON HUSTED,<br><br>  Defendant. | Case No. 2:11-CV-722<br><br>JUDGE ALGENON L. MARBLEY<br><br>MAGISTRATE JUDGE NORAH KING |

### *NUNC PRO TUNC* ORDER

This matter comes before the Court following a status conference held on October 17, 2011, during which Plaintiffs Libertarian Party of Ohio ("LPO"), Kevin Knedler, and Michael Johnston requested certain clarifications as to the affect of this Court's September 7, 2011, Order ("the Order") granting a Preliminary Injunction. (Dkt. 13.)

The import of the Order was to ensure that the LPO appears on the ballot for the November 2011 and November 2012 elections. Defendant Husted is hereby ordered, *nunc pro tunc*, to ensure that the LPO is placed on the November 2011 and November 2012 ballots. The LPO and its candidates must still satisfy all other applicable filing requirements as required by state law for political party and candidate eligibility, with the exception of those contained in O.R.C. § 3517.01(A)(1).

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge

**Dated: October 18, 2011**