```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**LIBERTARIAN PARTY OF OHIO,** *et al.***,**

        **Plaintiffs,**
  **vs.**                                        **Civil Action 2:11-CV-722**
                                                    **Judge Marbley**
                                                      **Magistrate Judge King**

**JON HUSTED,**

        **Defendant.**

## ORDER

Having reviewed the parties' *Rule 26(f) Report*, Doc. No. 28, the Court concludes that a preliminary pretrial conference is not currently warranted.

It is therefore **ORDERED** that the preliminary pretrial conference currently scheduled for February 1, 2011 is **VACATED** and will be rescheduled, if otherwise appropriate, following resolution of the pending interlocutory appeal.


Date: January 25, 2012              *s/Norah McCann King*
                                                      Norah McCann King
                                                      United States Magistrate Judge